**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | **Case No. 11 B 23332** |
| **David A. and Marilyn L. Weiher,** | ) | **Hon. Jacqueline P. Cox** |
| | ) | **Hearing Date:  June 20, 2012** |
| **Debtors.** | ) | **Time: 10:00 a.m.** |

**Notice of Motion**

**TO:**   *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on June 20, 2012 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, United States Courthouse, 219 South Dearborn Street, Room 680, Chicago, Illinois and then and there present the **Debtors' Final Report and Motion For Final Decree Closing Case and For Entry of Order of Discharge**, a true and correct copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Donna B. Wallace
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**CERTIFICATE OF SERVICE**

I, Donna B. Wallace, an attorney, hereby certify that on June 5, 2012, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, at the correct address, by the Court's electronic notice system or first class mail, as indicated on the attached service list.

/s/ Donna B Wallace

**SERVICE LIST**
David A. and Marilyn L. Weiher, debtors
Case No. 11-23332

**Office of the U.S. Trustee**
219 S Dearborn St
Room 873
Chicago, IL  60604
USTPRegion11.ES.ECF@usdoj.gov
**Via Electronic Notice**

**William R. Brodzinski**
Mulherin, Rehfeldt & Varchetto P.C.
211 S. Wheaton Ave.
Ste. 200
Wheaton, IL 60187
wbrodzinski@mrvlaw.com
**Via Electronic Notice**

**Craig C Westfall**
Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139
craig@nigrowestfall.com
**Via Electronic Notice**

**Adham Alaily**
Ehrenberg & Egan LLC
321 N. Clark St., Suite 1430
Chicago, IL 60654
aalaily@ehrenbergeganlaw.com
**Via Electronic Notice**

**Jeffrey A Chadwick**
McGuireWoods LLP
77 W. Wacker Dr.
Chicago, IL 60601
jchadwick@mcguirewoods.com
**Via Electronic Notice**

The following parties were
served by First Class U.S. Mail:

Case 11-23332    Doc 143    Filed 06/06/12    Entered 06/06/12 12:25:08    Desc Main
Document    Page 3 of 7

Service List - Case No. 11-23332
David & Marilyn Weiher, Debtors

Alfred Garza
dba Triune Logistics
400 N. Schmidt Road#204
Bolingbrook, IL 60440-1783

Alyssia Benford
Benford,Brown & Associates
400 N. Schmidt,#209
Bolingbrook, IL 60440-1783

Amex Dsnb
9111 Duke Blvd
Mason, OH 45040-8999

Bart Durham
400 N. Schmidt Rd.,#200
Bolingbrook, IL 60440-1783

BMO HARRIS BANK N.A.
3800 WEST GOLF ROAD, SUITE 300
ROLLING MEADOWS, IL 60008-4005

BMO HARRIS BANK, N.A.
c/o Adham Alaily
Ehrenberg & Egan, LLC
321 N. Clark Street, Suite 1430
Chicago, IL 60654

Chase Home Finance
PO Box 24696
Columbus, OH 43224-0696

Citibank Sd, Na
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195-0507

Com Ed
PO Box 6111
Carol Stream, IL 60197-6111

Dalius Marciukaitis
400 N. Schmidt Rd.,#210
Bolingbrook, IL 60440-1783

Department Stores National Bank/American Exp
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

GREENSCAPE VENTURES, LLC
c/o Kenneth P. Newman
4355 Weaver Pkwy, Ste. 120
Warrenville, IL 60555

Harris Bank, NA
PO Box 6201
Carol Stream, IL 60197-6201

Jeannie Claycomb
Kneaded by Jeannie
400 N. Schmidt Rd.,#206
Bolingbrook, IL 60440-1783

Nicor Gas
PO Box 632
Aurora, IL 60507-0632

Old Second National Bank
37 S River St
Aurora, IL 60506-4172

Old Second National Bank
c/o Nigro, Westfall & Gryska,PC
1793 Bloomingdale Road
Glendale Heights, IL 60139-3800

Old Second National Bank c/o Mulherin, Rehfe
211 S. Wheaton Ave.
Suite 200
Wheaton, IL 60187-5251

Pam Valy
dba Midwest Agency
400 N. Schmidt Rd.,#100
Bolingbrook, IL 60440-1783

Park Federal Savings Bank
21 E. Ogden
Westmont, IL 60559

Peter Baaske
400 N. Schmidt Rd.,#101
Bolingbrook, IL 60440-1783

Rentals Unlimited
400 N. Schmidt Rd.,#C
Bolingbrook, IL 60440-3752

Three Lights Development, LLC
935 Curtiss Street
Suite 4
Downers Grove, IL 60515-4686

Village of Bollingbrook
375 W Briarcliff Rd
Bolingbrook, IL 60440-3829

Waste Management
1411 Opus Place
Suite 400
Downers Grove, IL 60515-1481

Wayne Nekola
400 N. Schmidt Rd.,#203
Bolingbrook, IL 60440-1783

WENDLER ENGINEERING SERVICES
Attn: Cindy Knight
698 Timber Creek Rd.
Dixon, IL 61021-9580

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | **Case No. 11 B 23332** |
| **David A. and Marilyn L. Weiher,** | ) | **Hon. Jacqueline P. Cox** |
| | ) | **Hearing Date:  June 20, 2012** |
| **Debtors.** | ) | **Time: 10:00 a.m.** |

**Debtors' Final Report and Motion For Final Decree Closing Case and**
**For Entry of Order of Discharge**

David A. and Marilyn L. Weiher, ("Debtors") by their attorneys, Joseph A. Baldi and

Donna B. Wallace pursuant to Local Bankruptcy Rule 3022-1 of The United States District

Court for the Northern District of Illinois for their Final Report and Motion to Close Case states

as follows:

**BACKGROUND**

1. Debtors commenced this bankruptcy case on June 1, 2011 by the filing of a

voluntary petition for relief under chapter 11 of title 11, United States Code ("Code")**.**

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is

a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).  Venue is proper in this

district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On April 19, 2012, the Court entered an Order confirming Debtors' Second

Amended Plan.

4. Debtor has filed Operating Reports for April, 2012.

## STATUS OF PLAN PAYMENTS

5.    Administrative Claims:

    A.    U.S. Trustee Fees were paid through confirmation and an estimate was paid for the second quarter of 2012.  Additional fees, if any, will be paid once the final fees due the UST have been calculated.

    B.    The Fee Application for Debtors' Attorneys will be heard on the same date as this Motion.  Debtors are ready willing and able to make the initial plan payment of $15,000 to their attorneys once the fees have been approved.

6.    Non-Administrative Claims:

    A.    Secured Claims of First Mortgage Holder Secured by Debtors' Residence (Class 1):   The Class 1 Claimant was not impaired under the Plan. Debtors are current in their payments to the Class 1 claimant.

    B.    Secured Claim of First Mortgage Holders Secured by Wisconsin Property (Class 2):   The Class 2 Claimant was not impaired under the Plan. Debtors are current in their payments to the Class 2 claimant.  Further, the Debtors are in the process of interviewing realtors to list the Wisconsin Property for sale in accordance with the terms of the Plan.

    C.    Secured Claim of Harris Bank for Home Equity Line Secured by Debtors' Residence (Class 3):   The Class 3 Claimant was not impaired under the Plan.  Debtors are current in their payments to the Class 3 claimant. Further, Debtors have entered into a Reaffirmation Agreement with the Class 3 claimant which has been filed with the Court.

2

D.     Secured Claim of Park Federal Bank Secured by Bolingbrook Property (Class 4):  The Class 4 Claimant was not impaired under the Plan. Debtors are current in their payments to the Class 4 claimant.

E.     Secured Claim of Old Second National Bank Secured by Bolingbrook Property (Class 5) (Claim assigned to Greenscape Ventures, LLC): Debtors have executed all documents required by the Plan.  Greenscape Ventures, LLC has waived the Plan requirement that Debtors maintain their bank accounts at Old Second Bank.

F.     Deficiency Claim of Old Second National Bank (Class 6) (Claim assigned to Greenscape Ventures, LLC):  Debtors have made the $50,000 payment required by the Plan.   In addition, Debtors are in the process of interviewing realtors to list the Wisconsin Property for sale in accordance with the terms of the Plan.

G.     General Unsecured Claims totaling less than $700.00 (Class 7 – Convenience Class):  The Class 7 Claimants were not impaired under the Plan.  Debtors have paid the Class 7 Claimants 100% of their claims as required by the Plan.

H.     Unsecured Claims for Security Deposits (Class 8):  The Class 8 Claimants were not impaired under the Plan. Debtors have established a separate account for security deposits and deposited the sum of $17,060.00 in the account as required by the Plan.

7.     There are no further matters for the Court to Administer.

3

8.	Debtors are entitled to a discharge pursuant to 11 U.S.C. §1141 (d) because (a) all payments required by the Plan have been made, (b) the time for creditors to file objections to the dischargeability of their claims expired on September 19, 2011 and (c) there is no reasonable cause to believe that section 522 (q) (1) is applicable to the Debtors.

9.	Copies of this Motion have been sent to the United States Trustee and Debtors' creditors in accordance with to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois.

Wherefore, David A. and Marilyn L. Weiher request this Court enter an Order:

A.	Closing the case;

B.	Granting each of them a discharge; and

C.	Granting such further relief as the Court deems appropriate.

Dated:  June 4, 2012                              **David A. and Marilyn L. Weiher**

                                                  By:  /s/ Donna B. Wallace_____
                                                       One of their Attorneys

Joseph A. Baldi/ID No. 00100145
Donna B. Wallace/I.D. No. 6200260
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.  Suite 1500
Chicago, Illinois  60603
(312) 726-8150

4