UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>David A. and Marilyn L. Weiher<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-23332<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

### Order Closing Case and Granting Debtors a Discharge

This cause coming on to be heard on the Motion of Debtors for Final Decree Closing Case and Entry of Order of Discharge, due notice having been given to parties entitled thereto and the Court being advised in the premises:

IT IS HEREBY ORDERED that:

1. The case is closed effective _June 20, 2012_; and

2. Debtors are granted a discharge under section 1141(d) of the Bankruptcy Code.

Enter:

*Jacqueline P. Cox*
*J. Cox*
United States Bankruptcy Judge

Dated: 6/20/12

**Prepared by:**
Joseph A. Baldi
Donna B. Wallace
19 South LaSalle St. Suite 1500
Chicago, Illinois 60603
(312) 726-8150

Rev: 20120501_bko