B18RIJ (Form 18RIJ) (12/09)

# United States Bankruptcy Court

Northern District of Illinois

Case No. <u>11–23332</u>

**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David A Weiher  
4808 Wallbank Avenue  
Downers Grove, IL 60515

Marilyn L Weiher  
4808 Wallbank Avenue  
Downers Grove, IL 60515

Social Security / Individual Taxpayer ID No.:  
xxx–xx–1972                               xxx–xx–7073

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS IN A CHAPTER 11 CASE

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>June 20, 2012</u>

<u>Kenneth S. Gardner, Clerk</u>  
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A JOINT CHAPTER 11 CASE**

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor have completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact the debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, the debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are not discharged are:

   a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

   b. Debts that are domestic support obligations;

   c. Debts for most student loans;

   d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

   g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

   h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 11-23332-JPC
David A Weiher                                            Chapter 11
Marilyn L Weiher
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Jun 20, 2012
                              Form ID: b18rij          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2012.
db/jdb       +David A Weiher,    Marilyn L Weiher,    4808 Wallbank Avenue,    Downers Grove, IL 60515-3404
aty          +Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
17500864     +Alfred Garza,    dba Triune Logistics,    400 N. Schmidt Road#204,    Bolingbrook, IL 60440-1795
17500866     +Alyssia Benford,    Benford,Brown & Associates,    400 N. Schmidt,#209,
               Bolingbrook, IL 60440-1795
17500876     +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18483193     +BMO HARRIS BANK N.A.,    3800 WEST GOLF ROAD, SUITE 300,    ROLLING MEADOWS, IL 60008-4005
17500878     +Bart Durham,    400 N. Schmidt Rd.,#200,    Bolingbrook, IL 60440-3754
17358947     +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
17500879     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
17500880     +Dalius Marciukaitis,    400 N. Schmidt Rd.,#210,    Bolingbrook, IL 60440-1795
17734051     +Department Stores National Bank/American Express,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
18722810     +Greenscape Ventures LLC,    Attn: Kenneth Neumann,    4355 Weaver Pkwy, Ste. 120,
               Warrenville, IL 60555-4046
17358949      Harris Bank, NA,    PO Box 6201,    Carol Stream, IL 60197-6201
17500921     +Jeannie Claycomb,    Kneaded by Jeannie,    400 N. Schmidt Rd.,#206,    Bolingbrook, IL 60440-1795
17358951     +Old Second National Bank,    c/o Nigro, Westfall & Gryska,PC,    1793 Bloomingdale Road,
               Glendale Heights, IL 60139-3800
17500961     +Pam Valy,    dba Midwest Agency,    400 N. Schmidt Rd.,#100,    Bolingbrook, IL 60440-1783
17358952      Park Federal Savings Bank,    21 E. Ogden,    Downers Grove, IL 60515
17500963     +Peter Baaske,    400 N. Schmidt Rd.,#101,    Bolingbrook, IL 60440-3761
17500981     +Rentals Unlimited,    400 N. Schmidt Rd.,#C,    Bolingbrook, IL 60440-3752
17358953     +Three Lights Development, LLC,    935 Curtiss Street,    Suite 4,    Downers Grove, IL 60515-4686
17358954     +Village of Bollingbrook,    375 W Briarcliff Rd,    Bolingbrook, IL 60440-3829
17358955     +Waste Management,    1411 Opus Place,    Suite 400,    Downers Grove, IL 60515-1481
17500982     +Wayne Nekola,    400 N. Schmidt Rd.,#203,    Bolingbrook, IL 60440-1795
17500984     +Wendler Engineering Services,Inc.,    Attn: Cindy Knight,    698 Timber Creek Road,
               Dixon, IL 61021-9580
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17358948      E-mail/Text: legalcollections@comed.com Jun 21 2012 01:12:41     Com Ed,    PO Box 6111,
               Carol Stream, IL 60197-6111
17358950      E-mail/Text: bankrup@nicor.com Jun 21 2012 01:11:07     Nicor Gas,    PO Box 632,
               Aurora, IL 60507-0632
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17500985*    +Three Lights Development, LLC,    935 Curtiss Street,    Suite 4,    Downers Grove, IL 60515-4686
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: esullivan              Page 2 of 2                  Date Rcvd: Jun 20, 2012
                              Form ID: b18rij              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2012 at the address(es) listed below:

        Adham  Alaily    on behalf of Creditor   BMO HARRIS BANK N.A. aalaily@ehrenbergeganlaw.com
        Craig C Westfall    on behalf of Creditor  Old Second National Bank craig@nigrowestfall.com,
        ann@nigrowestfall.com,cat@nigrowestfall.com
        Donna B Wallace     on behalf of Attorney Donna Wallace dbwallace@ameritech.net
        Jeffrey A Chadwick    on behalf of Creditor   Greenscape Ventures LLC jchadwick@mcguirewoods.com
        Joseph A Baldi    on behalf of Attorney Donna Wallace jabaldi@baldiberg.com,
        jabaldi@ameritech.net;jmanola@baldiberg.com
        Julia D Loper    on behalf of Debtor David Weiher jloper@baldiberg.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        William R. Brodzinski    on behalf of Creditor   Old Second National Bank c/o Mulherin, Rehfeldt &
        Varchetto, P.C. wbrodzinski@mrvlaw.com

                                                                                                TOTAL: 8